*Koenan J*

Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-18-208
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :        1:06-md-1789 (JFK)
-----------------------------------------------------x
*This Document Relates to:*                          :
Robert Wilson Fraize                                :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-01896-JFK                          :
-----------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

Robert Wilson Fraize and Defendant Merck & Co., Inc., ("Merck") through their

respective undersigned counsel, as follows:

1.      This case, having been resolved upon the agreement of Plaintiff to

voluntarily dismiss without prejudice his claims against Defendant and the agreement of

Defendant not to seek from Plaintiff its fees and costs, is hereby dismissed without

prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2.      Plaintiff further agrees to re-file any suit based on any similar claims

related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors,

employees, sales representatives, or against any pharmacy in this Court, without joining

any party whose joinder would defeat diversity pursuant to 28 U.S.C. § 1332.

3.    Each party is to bear its own costs and attorneys' fees.

LEVIN, PAPANTONIO, THOMAS,                   HUGHES HUBBARD & REED LLP
MITCHELL, ESCHSNER & PROCTOR,
P.A.

By_____            By_____
    Meghan M. Tans, Esq.                    Theodore V. H. Mayer, Esq.
    316 S. Baylen Street, Sixth Floor        One Battery Park Plaza
    Pensacola, FL  32502                     New York, New York 10004
    (850) 435-7000                           (212) 837-6888

*Attorneys for Plaintiff*                  *Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: _John F. Keenan_  6/18/08
              Hon. John F. Keenan